UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER D. BYERS, | ) CASE NO.: 1:07-CV-00988 |
| Plaintiff, | ) JUDGE CHRISTOPHER BOYKO |
| vs. | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| OFFICER PAUL BALONGIE, | ) |
| Defendant. | ) |

Now come the Plaintiff and the Defendant, through their respective counsel, and stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this case is settled and dismissed, with prejudice, and that the parties shall bear their own costs and expenses.

Respectfully submitted,

/s/ Avery Friedman
AVERY S. FRIEDMAN (0006103)
Friedman & Associates
701 The City Club Building
850 Euclid Avenue
Cleveland, OH 44114-3358
(216) 621-9282
FAX 621-9283
averyfriedman@hotmail.com

Attorney for Plaintiff

s/Carl E. Cormany
CARL E. CORMANY (0019004)
Mazanec, Raskin, Ryder & Keller Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: ccormany@mrrlaw.com

Attorney for Defendant

DARW-070272/Stipulation of Dismissal with Prejudice

*Judge Christopher A. Boyko*
*12/10/07*